IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
FEB 21 2020
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 06-28-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GREGORY R. BOYD, | |
| Defendant. | |

The United States of America, having moved the Court for an order allowing the United States to file its response to the Court's August 16, 2019, Order under seal (Doc. 263), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion for leave to file the motion under seal is **GRANTED**.

DATED this 21st day of February, 2020.

SUSAN P. WATTERS
United States District Court Judge

1